NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PLL TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**XILINX, INC.,**
*Appellee*

---

2016-2219

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00148.

---

## JUDGMENT

---

MATTHEW CARMINE PHILLIPS, Laurence & Phillips IP Law LLP, Portland, OR, argued for appellant. Also represented by DEREK MEEKER; STEVE WONG, Amin, Turocy & Watson, LLP, Cleveland, OH.

MATTHEW J. SILVEIRA, Jones Day, San Francisco, CA, argued for appellee. Also represented by PATRICK THOMAS MICHAEL; GREGORY A. CASTANIAS, Washington, DC; DAVID B. COCHRAN, JOSEPH M. SAUER, Cleveland, OH; JOSHUA R. NIGHTINGALE, Pittsburgh, PA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and SCHALL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 13, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |